

10-CV-00079-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDIT ALVARENGA-TORRES,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, et al.,<br><br>Respondents. | CASE NO. C10-79-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. No. 12) is GRANTED and this action is DISMISSED with prejudice; and the previous temporary stay of removal issued by the Court (Dkt. No. 9) is VACATED; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 18th day of June, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1